ORDERED.

**Dated:  March 14, 2023**

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 8:20-bk-08567-RCT |
| | Chapter 13 |
| TERRANCE MAUYRICE CHAPMAN, JR. | |
| Debtor(s)[1] | |
| _____/ | |

**ORDER GRANTING DEBTOR'S MOTION**
**TO MODIFY CONFIRMED CHAPTER 13 PLAN (DOC. NO. 51)**

THIS CASE came on for consideration upon the Debtor's Motion to Modify Confirmed Chapter 13 Plan (Doc. No. 51), and as no response was filed by any party in interest within the time frame allowed by negative notice, it is

**ORDERED:**

1. The Debtor's Motion to Modify Confirmed Chapter 13 Plan (Doc. No. 51) is hereby GRANTED to the extent provided herein and on the attached Amended Exhibit A.

2. In lieu of the provisions of the Order Confirming Plan and Exhibit A (Doc. No. 39) attached thereto entered on October 9, 2021, the Debtor's Plan payments shall commence on December 19, 2020 in the sum of $600.00 per month for 2 months; thereafter, commencing on February 19, 2021 in the sum of $776.00 per month for 19 months; thereafter, commencing on

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

September 19, 2022 in the sum of $0.00 per month for 2 months; thereafter, commencing on November 19, 2022 in the sum of $790.00 per month for 1 months; thereafter, commencing on December 19, 2022 in the sum of $621.00 per month for 4 months; and thereafter commencing on April 19, 2023 in the sum of $1,534.00 per month and continuing for the remaining life of the Plan.

     3.     This Court's Order Confirming Plan (Doc. No. 39) and Exhibit A attached thereto entered on October 9, 2021 is modified to the extent provided herein in accordance with the attached Amended Exhibit A and shall in all other respects remain in full force and effect.

Attorney Jay M. Weller is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.
KR/LMG/ct                                                                C13T 3/13/23

**Terrance Maurice Chapman, Jr.**
**Case No.: 8:20-bk-08567-MGW**

<u>**SECOND AMENDED EXHIBIT A**</u>

TOTAL MONTHLY AMOUNT TO BE PAID TO THE CHAPTER 13 TRUSTEE:

| | | | |
|---|---|---|---|
| Starting | 12/19/2020 | $ 600.00 | for 2 Months |
| | 02/19/2021 | $ 776.00 | **for 18 Months** |
| | **09/19/2022** | **$ 0.00** | **for 2 Months** |
| | **11/19/2022** | **$ 790.00** | **for 1 Month** |
| | **12/19/2023** | **$ 621.00** | **for 4 Months** |
| | **04/19/2023** | **$ 1,534.00** | **for 32 Months** |

Total Plan Length <u>60</u> Months.

In addition to the plan payments set forth above, the Debtor shall turn over to the Trustee all tax refunds beginning with the tax year <u>2020</u> and each tax year thereafter during the term of the Plan.

In addition to the periodic plan payments, the Debtor shall pay to the chapter 13 Trustee a sum, to be determined by the court, derived from any net recovery the Debtor may receive from any and all claims and/or potential lawsuits as described in the Debtor's bankruptcy Schedules or otherwise disclosed to the Trustee. The Debtor shall advise the Trustee as to the status of any and all claims and/or potential lawsuits on a semi-annual basis throughout the life of the Plan and shall promptly account for all proceeds received in settlement thereof.

**In addition to the periodic Plan payments, the Debtor shall also promptly pay to the Chapter 13 Trustee an amount equal to 70% of the gross amount of any bonus received by the Debtor during the life of the confirmed Plan and received after the date of the hearing on the motion to modify (September 19, 2022), within ten (10) days of receiving the same, and shall promptly account for all bonuses received by providing the Trustee with copies of all pay advices evidencing each particular bonus.**

| CLAIM # | ALLOWED CLAIM FOR ATTORNEY FEES: | | |
|---|---|---|---|
| N/A | Weller Legal Group, Inc. ($4,500.00 less $1,500.00)<br>(To be paid at $500.00 per month) | $ 3,000.00 | Total |
| N/A | Weller Legal Group, Inc. (Monitoring Fee)<br>(To be paid at $50.00 per month for months 11-60) | $ 2,500.00 | Total |
| | ALLOWED PRIORITY CLAIM(S): | | |
| 16 | Department of the Treasury – Internal Revenue Service | $14,779.72 | Total |
| | ALLOWED SECURED CLAIM(S) PAYING SECURED BALANCE TOTAL: | | |
| 9 | VW Credit, Inc.        $13,910.00 @ 5.25% | $15,777.00 | Estimated Total |

MINIMUM DISTRIBUTION ON ALLOWED GENERAL UNSECURED CLAIM(S)

$25,400.00

**Terrance Maurice Chapman, Jr.**  Second Amended Exhibit A (Cont.)
**Case No.: 8:20-bk-08567-MGW**

The following unsecured claims are allowed:

| | | |
|---|---|---|
| 1 | Navy Federal Credit Union | $ 1,953.88 |
| 2 | Navy Federal Credit Union | $ 50.00 |
| 3 | Navy Federal Credit Union | $ 2,197.35 |
| 4 | Discover Bank | $ 1,967.02 |
| 5-2 | Santander Consumer USA | $ 8,953.42 |
| 6 | Merrick Bank | $ 1,697.27 |
| 7 | American Express National Bank | $ 924.67 |
| 8 | Capital One Bank (USA), N.A. | $ 1,140.33 |
| 9 | VW Credit, Inc. | $11,860.73 |
| 10 | Quantum3 Group LLC | $ 1,489.73 |
| 11-2 | Portfolio Recovery Associates, LLC | $ 2,000.93 |
| 12 | Premier Bankcard, LLC | $ 1,773.03 |
| 13 | Premier Bankcard, LLC | $ 955.26 |
| 14 | Verizon | $ 126.15 |
| 15 | LVNV Funding, LLC | $ 434.60 |
| 16 | Department of the Treasury – Internal Revenue Service | $ 239.67 |

CLAIMS WITH SURRENDERED PROPERTY:

The following claims are surrendered in the plan as confirmed and shall receive distributions as set forth previously in this order:

5-2   Santander Consumer USA

ORDER OF DISTRIBUTION:

1. Adequate protection over life of plan or until creditor is paid in full and allowed Attorney's Fees and Administrative Expenses
2. Secured Balance plus interest over the life of the plan or as otherwise specified.
3. Domestic Support Obligations under $500.00
4. Small Secured creditors-Under $500.00 in balance.
5. Arrearages and Domestic Support Obligations pro rata
6. Other Priority Creditors and Pro-Rata Distribution to Unsecured Creditors